UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES of the LEGAL DEFENSE FUND of the PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA (PORAC), an ERISA trust,<br><br>Plaintiff,<br><br>v.<br><br>LACKIE, DAMMEIER, MCGILL & ETHIR, an unspecified entity; DIETER C. DAMMEIER, an individual; MICHAEL A. McGILL, an individual; SAKUNTHALA E. ETHIRVEERASINGAM, also known as SAKU E. ETHIR, an individual; PETER J. HORTON, an individual; KASEY L. SIRODY, an individual; CHRISTOPHER L. GASPARD, an individual; KASEY A. CASTILLO, an individual; JOHN H. BAKHIT, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | No.  2:14-cv-00862-GEB-KJN<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

On July 2, 2014, Plaintiff filed an Ex Parte Application for Order Continuing Scheduling Conference in which it requests the Status Conference be continued until October 13, 2014. (Pl.'s Ex Parte Appl. 1:21-25, ECF No. 5.) Plaintiff states

1

1 | in its Ex Parte Application, in relevant part:

> The currently scheduled scheduling conference set for July 21, 2014 should be continued because the parties are close to settlement and have therefore held off on proceeding with this action until such negotiations are concluded. Plaintiff expects to know within the next week or so whether the mediation before the Hon. Dickran Tevrizian has been successful and a complete resolution of this matter achieved. Although shortly after filing this action, Plaintiff sent to the defendants requests to waive service of summons, their deadline to respond to those requests only recently expired. As none of the defendants waived service, Plaintiff will have to personally serve each of them should the pending settlement negotiations be unsuccessful. In any event, none of the defendants has yet been served and none has appeared. A scheduling conference at this time would accordingly be premature and a continuance appropriate to avoid potentially unnecessary court proceedings.

Id. at 3:3-18.

In light of these representations, Plaintiff is granted an extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on each Defendant until and including September 5, 2014. Plaintiff is notified under Rule 4(m) that failure to serve each Defendant with process by September 5, 2014, may result in any unserved defendant's dismissal or the action's dismissal for failure of service and/or prosecution. To avoid dismissal, on or before September 8, 2014, Plaintiff shall file proof of service for each Defendant or a filing providing sufficient explanation why service was not completed within the extended service period.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 21, 2014, is continued to October

27, 2014, at 9:00 a.m. A <u>joint</u> status report shall be filed no later than fourteen (14) days prior.

Dated: July 11, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge