| | |
|---|---|
| 1 | STEPHEN G. LARSON (SBN 145225) |
| | JERROLD ABELES (SBN 138464) |
| 2 | JEFFREY R. MAKIN (SBN 252426) |
| | **ARENT FOX LLP** |
| 3 | 555 West Fifth Street, 48th Fl. |
| | Los Angeles, CA 90013-1065 |
| 4 | Telephone: 213.629.7400 |
| | Facsimile: 213.629.7401 |
| 5 | |
| | Attorneys for Defendants |
| 6 | LACKIE, DAMMEIER, MCGILL & |
| | ETHIR; DIETER DAMMEIER; MICHAEL |
| 7 | A. McGILL; SAKUNTHALA E. |
| | ETHIRVEERASINGAM, |
| 8 | also known as SAKU E. ETHIR; |
| | PETER J. HORTON; and KASEY |
| 9 | SIRODY |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the LEGAL DEFENSE FUND of the PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA (PORAC), an ERISA trust,<br><br>Plaintiff,<br><br>v.<br><br>LACKIE, DAMMEIER, MCGILL & ETHIR, an unspecified entity; DIETER DAMMEIER, an individual; MICHAEL A. McGILL, an individual; SAKUNTHALA E. ETHIRVEERASINGAM, also known as SAKU E. ETHIR, an individual; PETER J. HORTON, an individual; KASEY L. SIRODY, an individual; CHRISTOPHER L. GASPARD, an individual; JOHN H. BAKHIT, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | **Case No. 2:14-CV-00862-GEB-KJN**<br><br>Action Filed: April 5, 2014<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT OF LACKIE, DAMMEIER, MCGILL & ETHIR** |

1 **FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lackie, Dammeier, McGill & Ethir hereby states that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: August 18, 2014    **ARENT FOX LLP**

By:/s/ Jeffrey R. Makin
STEPHEN G. LARSON
JERROLD ABELES
JEFFREY R. MAKIN
Attorneys for Defendants
LACKIE, DAMMEIER, MCGILL & ETHIR; DIETER DAMMEIER; MICHAEL A. McGILL; SAKUNTHALA E. ETHIRVEERASINGAM, also known as SAKU E. ETHIR; PETER J. HORTON; and KASEY SIRODY