Robert K. Sall, Esq. (SBN 83782)
rsall@sallspencer.com
Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
SALL SPENCER CALLAS & KRUEGER
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone No.: (949) 499-2942
Facsimile No.: (949) 499-7403

Attorneys for Plaintiffs
BOARD OF TRUSTEES of the LEGAL DEFENSE FUND of PORAC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the LEGAL DEFENSE FUND of the PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA (PORAC), an ERISA trust,<br><br>    Plaintiff,<br><br>  v.<br><br>LACKIE, DAMMEIER, MCGILL & ETHIR, an unspecified entity; et al.,<br><br>    Defendants. | CASE NO. 2:14-cv-00862-GEB-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE CASE** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff BOARD OF TRUSTEES of the LEGAL DEFENSE FUND of the PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA ("LDF") voluntarily dismisses, with prejudice, the entire case.

///

///

Notice of Voluntary Dismissal    1

Dismissal - Entire Case

SALL SPENCER CALLAS & KRUEGER

This action is now resolved as to all parties and all causes of action.

DATED: September 9, 2014

Respectfully Submitted,

SALL SPENCER CALLAS & KRUEGER
A Law Corporation

By: /S/ Suzanne Burke Spencer
    Suzanne Burke Spencer

Attorneys for Plaintiff BOARD OF TRUSTEES of the LEGAL DEFENSE FUND of PORAC